Schuler and others, against Adam E. Schatz, city judge of Mt. Vernon. No opinion. Order reversed.

PEOPLE ex rel. WAGENER, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Proceedings by the people of the state of New York, on the relation of Louis Wagener, against Frank Moss and others. J. Rouss, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. WAGNER, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Proceedings by the people of the state of New York, on the relation of Frederick Wagner, against Bernard J. York and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PERSONS v. McECHRON et al. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Mary M. Persons against William₀ McEchron and others. No opinion. Decree affirmed, without costs of appeal to either party.

PETRIE, Respondent, v. PETRIE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Elnora F. Petrie against Benjamin Petrie. No opinion. Judgment affirmed, with costs.

PFOHL, Respondent, v. PORTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Mary C. Pfohl against Agnes J. Porter, as executrix, etc. No opinion. Judgment and order affirmed, with costs.

PICKEN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by Albert J. Picken against Erskine D. Smith, impleaded, etc. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 63 N. Y. Supp. 1114.

PODJESKI, Appellant, v. ELLICOTT SQUARE CO. OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Michael Podjeski, as administrator, etc., against the Ellicott Square Company of Buffalo. No opinion. Judgment affirmed, with costs, on the authority of Jehle v. Same Defendant, 31 App. Div. 336, 52 N. Y. Supp. 366.

PODJESKI, Appellant, v. ELLICOTT SQUARE CO. OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 12, 1900.) Action by Michael Podjeski, as administrator, etc., against the Ellicott Square Company of Buffalo. No opinion. Motion for leave to appeal to the court of appeals granted.

PORTER, Appellant, v. BARRINGER, Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by James Porter against Martha Barringer. No opinion. Judgment affirmed, with costs.

POST v. SAVAGE. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by John Post against Edward S. Savage. No opinion. Motion granted, with $10 costs.

POWELL, Respondent, v. F. C. LINDE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Action by Alexander M. Powell against F. C. Linde Company. From a judgment on a verdict directed for plaintiff, and from an order denying motion for new trial, defendant appeals. Reversed. See 60 N. Y. Supp. 1044. G. D. B. Hasbrouck, for appellant. Herman ·Schmitz, for respondent.

McLAUGHLIN, J. The same question is presented in this action which was presented in another action between the same parties decided at this term. 64 N. Y. Supp. 153. The other action was brought to recover rent for the month of April, 1899, alleged to be due under a written lease, and this action was·brought to recover the rent under the same lease for the months of May, June, and July of the same year. The legal question involved is the same in both appeals. The actions were tried together, the appeals were argued together, and, for the reason stated in the opinion in the other action, the judgment and order appealed from in this action must be reversed, and a new trial ordered, with costs to· the appellant to abide the event.

In re PRICE. (Supreme Court, Appellate Division, First Department. May 11, 1900.) In the matter of Morris I. Price. No opinion. Motion granted, with $10 costs.

PROBST v. ROCHESTER STEAM-LAUNDRY CO. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by John G. Probst against the Rochester Steam-Laundry Company. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 62 N. Y. Supp. 1146.

PUTNAM, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by James W. Putnam against the Press Publishing Company. J. M. Bowers, for appellant. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RAEGENER v. BREITWIESER. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Louis Raegener, receiver, against Henry Breitwieser. No opinion. Motion granted, with $10 costs.